

☐ ORIGINAL

**RECEIVED**
MAR 1 4 2019
**PRO SE OFFICE**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 4 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hasson Wilson DIN: 18A1132

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CV 19-1522**

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**MATSUMOTO, J.**

BLOOM, M.J.

JURY DEMAND

YES ✓        NO _____

-against-

~~Obadose~~ The City OF NewYork
John Doe #1, John Doe #2,
Eric Gonzalaz. Kings County
District Attorney

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
      address and telephone number. Do the same for additional plaintiffs, if any.)

      A.   Name of plaintiff   Hasson Wilson

      If you are incarcerated, provide the name of the facility and address:

      Fishkill Correctional facility Box 1245
      Beacon NY 12508

      Prisoner ID Number:   18A1132

1

3/10/19

Defendants (John Doe)

John Doe #1 —

White male, Salt and pepper hair color
height about 5'4 or 5'7½
Weight about 140 pounds    Detective in charge of August 1, 2016

John Doe #2 - Detective at 81 Precient
mixed male (BLACK hair)
height 5'8 - 5'9 Approximately
Detective in charge of August 1, 2016
Weight about 130 pounds

If you are not incarcerated, provide your current address:

_____   _____

_____   _____

_____   _____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1     John Doe #1
_____
Full Name

Detective at The 81st precient
_____
Job Title

81st Precient in Brooklyn
(Unknown)
_____
Address

Defendant No. 2     John Doe #2
_____
Full Name

2 Detectives at The 81st precient
_____
Job Title

81st precient in Brooklyn
(Unknown)
_____
Address

Defendant No. 3     Eric Gonzalas
_____
Full Name

King's County District Attorney
_____
Job Title

(Unknown Address)

2

Address
_____

Defendant No. 4
_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 5
_____
Full Name

_____
Job Title

_____

_____
Address

## II.   Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? It Started on Gates ave And Malcomx Blvd "Also Known As Reed Blvd" Where I got arrested for such offense(s)

When did the events happen? (include approximate time and date) August 1, 2016 at Approximately 7:30 Am - 8:00 Am at the 81st precient

3

Facts: (what happened?) ON August 1, 2016 I hasson wilson was Appreheneded By NYPD warrant squad on Gates Ave AND Reed Blvd "Malcom x" at Approximately 7:30Am. I was Then Taken To the 81st precient for Questioning By Two Detectives John Doe #1 AND John Doe #2 for Alleged crimes Robbery 1·Degree, GANG Assault, Hate crime, Robbery of a cop gun I was Later processed Then Taken To the Brooklyn Central Booking where I stayed overnight Then seen a Judge who gave me $85,000.00 Bail Which The Courts Knew I Couldn't Pay AND I've stated as well as my Attorney at the Time That The victim statement which They Identified other alleged suspects Did not Include my name as a alleged suspect But The Judge insisted I wait until GRAND Jury. ON August 5, 2016 I Appeard At the Brooklyn supreme court for Grand Jury where my case went Back To Night Court AND I was released from rikers ISLAND Later Saturday August 6, 2016.

_____

**II.A.   Injuries.**      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Cruel And unusual poonishment   8th Amendment

False Arrest

Malicious prosecution

_____

_____

_____

_____

III.   **Relief:**  State what relief you are seeking if you prevail on your complaint.

I am seeking The relief of $ 15,000.00
for The defendants knowing The suspects in The case
But insisted on processing me without cause
Probble cause. and Because of Their own personal
automotives.

I declare under penalty of perjury that on <u>March 10, 2019</u>, I delivered this
(date)
complaint to prison authorities at <u>Fish Kill Correctional Facility</u> to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>3/10/19</u>

<u>Hasson Wilson</u>
Signature of Plaintiff

<u>FishKill Correctional Facility</u>
Name of Prison Facility or Address if not incarcerated

<u>Box 1245</u>

<u>Beacon NY 12508</u>

<u>FishKill Correctional Facility</u>
Address

<u>18A1133</u>
Prisoner ID#

rev. 12/1/2015

5



FISHKILL CORRECTIONAL FACILITY
BOX 1245
BEACON, NEW YORK 12508

NAME: Nelson Hassan

DIN: 18A1132

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

PRO SE OFFICE
RECEIVED
MAR 14 2019

FISHKILL
CORRECTIONAL
FACILITY

03/12/2019
US POSTAGE $000.65
ZIP 12508
041L11251111

Legal mail